JWB

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen Louis Bradford, | No. CV 05-1981-PHX-EHC |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph M. Arpaio, et al., | |
| Defendants, | |

Pending before the Court is Magistrate Judge Edmonds's Report and Recommendation for dismissal of this action without prejudice for Plaintiff's failure to comply with Court orders and with Rule 41(b) of the Federal Rules of Civil Procedure (Doc. # 20). Plaintiff has not filed a Response or Objection. The Court, having considered the Report and Recommendation of the Magistrate Judge, adopts the Recommendation. Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. # 20) is **adopted**. The Complaint is **dismissed** without prejudice and the Clerk must enter judgment accordingly.

DATED this 29th day of June, 2007.

_____
Earl H. Carroll
United States District Judge